**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROBERT E. SCOTT | CIVIL ACTION NO. 19-0911 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| PAM HEARNE, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 41) filed by the State of Louisiana, through the Department of Public Safety & Corrections, be and is hereby **GRANTED**.  All of Plaintiff Robert Scott's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 27th day of April, 2023.

_____
United States District Judge